# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| v. ) | No. 3:16-mj-01093-1 |
| ) | MAGISTRATE JUDGE BRYANT |
| **JONATHAN BARRETT** ) | |

## MOTION FOR LEAVE TO FILE UNDER SEAL

Through counsel, Jonathan Barrett requests that the court permit him to file documents under seal. In support of this motion, defendant would show the following: The "Administrative Practice and Procedures for Electronic Case Filing (ECF) adopted by this Court in Administrative Order No. 167 at ¶ 5.07 requires parties to file a motion seeking leave of court prior to filing any documents electronically under seal.

s/ <i>William I. Shockley</i><br>
William I. Shockley<br>
Attorney for Defendant<br>
4505 Harding Road, Ste. 126<br>
Nashville, Tennessee 37205<br>
(615) 497-8550

CERTIFICATE OF SERVICE

 The undersigned certifies that a true and correct copy of the foregoing document and sealed attachments were served by electronic means through the CM/ECF filing system this 8th day of August, 2016 to Courtney L. Coker, Assistant United States Attorney, 110 Ninth Avenue S., Suite A961, Nashville, Tennessee 37203.

<i>s/ William I. Shockley</i>